## L. PLANAS Y MARTÍ *v.* MARCUS BERNHEIMER MILLING AND MERCANTILE CO.

### Recurso de queja procedente de la Corte de Distrito de San Juan.

No. 6.—Resuelto en marzo 26, 1904.

COMPETENCIA—JUICIO VERBAL—JUICIO ORAL.—Las reclamaciones de cuantía superior a cuatrocientos dollars no pueden ventilarse en un juicio verbal, sino que deben ser resueltas en juicio oral y público, del que pueden conocer únicamente las cortes de distrito.

### EXPOSICIÓN DEL CASO.

*Resultando:* que interpuesta demanda en veinte y siete de julio del año próximo pasado, por el abogado Don Wenceslao Bosch, a nombre de L. Planas y Martí, de este vecindario, ante el Juzgado Municipal de Distrito de la Catedral de esta ciudad contra Marcus Bernheimer Milling and Mercantile Company de la ciudad de St. Louis, Estado de Missouri, Estados Unidos de América, para que le pagaran la cantidad de cuatrocientos dollars, importe de los perjuicios que les habían ocasionado por incumplimiento de un contrato de venta de doscientos sacos de harina, marca "Invariable" y doscientos sacos marca "Miramar" que debieron remitirle en el mes de mayo anterior, señalado día para la celebración del juicio verbal, con citación de las partes para lo que se (*) dispuso se librara el correspondiente exhorto a la autoridad competente de la ciudad de St. Louis, compareció en este estado ante el Tribunal del Distrito de San Juan, el abogado Don José R. F. Savage, en representación de los demandados, con la solicitud de que se ordenara al Juez Municipal de Catedral se abstuviera de conocer en el asunto y remitiera las actuaciones, por estimar que era de la exclusiva competencia del referido tribunal de distrito y que acordado de confor-

midad, por auto de cinco de octubre del mismo año, con prevención al demandante de que acudiera ante el expresado tribunal a ejercer su derecho, notificado aquél del referido provisto, acudió entonces en queja ante este Tribunal Supremo, en solicitud de que se revocara dicho auto, y se devolvieran las actuaciones al juzgado municipal de Catedral para su tramitación y resolución, por estimar que era el único competente para conocer de la demanda, por no exceder del máximum de que pueden conocer en asuntos civiles los juzgados municipales.

*Resultando:* que conferida vista de la anterior solicitud al Fiscal de este Tribunal Supremo, la evacuó, oponiéndose y sosteniendo la competencia del Tribunal de Distrito de San Juan, y que señalado día para la vista, se verifico ésta con asistencia del abogado defensor del recurrente y del Fiscal de este tribunal que ratificó verbalmente la opinión que había emitido por escrito.

Abogado del recurrente: *Sr. Bosch.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

### OPINIÓN DEL TRIBUNAL.

*Considerando:* que si bien en la demanda establecida por L. Planas y Martí se reclaman sólo cuatrocientos dollars, por los conceptos que en la misma se expresan, es lo cierto que basada esa reclamación en la falta de cumplimiento de un contrato de venta de cuatrocientos sacos de harina, cuya cuantía excede visiblemente de los cuatrocientos dollars, que (*) es el máximum de que pueden conocer en lo civil los jueces municipales, esa reclamación no puede ventilarse en un juicio verbal, sino que debe ser resuelta en un juicio oral y público, para cuyo conocimiento sólo son competentes los tribunales de distrito.

*Vistos* los artículos 26 y 47 de la Orden General, No. 118, de 15 de agosto de 1899; 82 y 83 y la regla 3ª. del 488 de la

Ley de Enjuiciamiento Civil, que por analogía es aplicable al caso.

*Se declara* no haber lugar a la queja establecida por la representación de L. Planas y Martí contra el Tribunal de Distrito de San Juan, con las costas al promovente; y devuélvanse al referido tribunal de distrito las actuaciones que elevara a este Tribunal Supremo, para que las sustancie y determine, con arreglo a derecho.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras, Sulzbacher y MacLeary.